■ In the Matter of the Claim of SHIRLEY QUILL, Respondent, v. TRANSPORT WORKERS UNION et al., Appellants, and SPECIAL DISABILITY FUND, Appellant. WORKMEN'S COMPENSATION BOARD, Respondent.—

Herlihy, P. J.,
Staley, Jr., Greenblott, Cooke and Sweeney, JJ., concur.